■ In the Matter of MARGARET FARFAGLIA, Respondent, v CLEATUS B. LOVEALL, Appellant. [636 NYS2d 702] —Motion for summary reversal and a new trial denied with leave to renew. Memorandum: Although a transcript of the proceedings before the Hearing Examiner is unavailable, the Hearing Examiner made detailed findings of fact. It is unclear whether respondent wishes to challenge the findings of fact or the conclusions of law on this appeal. Because respondent has failed to raise an issue that the testimony failed to support the findings of fact, the motion is denied with leave to renew upon a showing that a transcript of the proceedings is necessary to a determination of the appeal and that there are no alternative means to reconstruct the record without such transcript. Present—Pine, J. P., Lawton, Wesley, Doerr and Balio, JJ.

■ In the Matter of JAMES M. LATTIMORE, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent. [636 NYS2d 675] —Motion for permission to proceed as poor person denied. Memorandum: Petitioner has failed to show facts sufficient to determine whether there is merit to the appeal, as required by CPLR 1101 (a) and this Court's order of October 2, 1995. Present—Green, J. P., Pine, Lawton, Fallon and Balio, JJ. (Filed Dec. 15, 1995.)

■ In the Matter of MARTIN KASPAREK, Petitioner, v FRANK E. IRVIN, as Superintendent of Wende Correctional Facility, et al., Respondents. [636 NYS2d 675] —Motion for permission to proceed as poor person denied. Memorandum: Because this is a CPLR article 78 transfer proceeding and petitioner is an inmate, petitioner may proceed on the original papers and eight briefs, with proof of service of one copy of the brief (see, 22 NYCRR 1000.5 [f] [2]). There is no filing fee. Permission to proceed as a poor person would not give additional relief to petitioner. Present—Pine, J. P., Lawton, Balio, Davis and Boehm, JJ. (Filed Dec. 15, 1995.)

■ CHRIS R. APPLETON, Doing Business as BARE APPLE ART, Respondent, v SHAWN CONN et al., Appellants. [636 NYS2d 676] —Motion to dismiss appeal denied. Memorandum: Plaintiff has failed to establish when the order to be appealed from was served on defendants with notice of entry (see, CPLR 5513 [a]). Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ. (Filed Dec. 15, 1995.)